















SWD   3/2/04   10:50

3:04-CV-00432  EARNEST V. PATENAUDE AND FELIX

*1*

*CMP.*

1   Robert L. Hyde (SBN: 227183)
    bob@westcoastlitigation.com
2   Joshua B. Swigart (SBN: 225557)
    josh@westcoastlitigation.com
3   **Hyde & Swigart**
    110 West 'C' Street, Suite 900
4   San Diego, CA 92101
    Telephone:   (619) 233-7770
5   Facsimile:    (619) 330-4657

6   **Attorneys for the Plaintiff**

7

8

**FILED**

MAR 1 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

*ORIGINAL*

9              UNITED STATES DISTRICT COURT

10          **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11   Avery L. Earnest, | Case No.: '04 CV 0432 (L LSP) |
| 12             Plaintiff, | |
| 13   v. | **VERIFIED COMPLAINT FOR DAMAGES** |
| 14   Patenaude & Felix, A.P.C., | ***DEMAND FOR JURY TRIAL*** |
| 15            Defendant. | |

16

17

18                      **INTRODUCTION**

19   1.  Avery L. Earnest, (hereinafter "Plaintiff"), by his attorneys, brings this action to challenge

20      Patenaude & Felix, A.P.C., (hereinafter "Defendant"), for their unlawful and unfair practice of

21      contacting persons and making demands for payment allegedly owed after persons invoked

22      their right to have the alleged debt validated pursuant to the Fair Debt Collection Practices Act.

23                     **JURISDICTION**

24   2.  Jurisdiction of this Court arises under 28 U.S.C. § 1331, and pursuant to 15 U.S.C. § 1692k(d),

25      and pursuant to 28 U.S.C. § 1367 for supplemental state law claims.

26   3.  This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15

27      U.S.C. § 1692 et seq. ("FDCPA").

28   4.  This court has personal jurisdiction over Defendant because Defendant's principal place of

1    business is in California.

2    5.  Venue is proper in the County of San Diego because Defendant does business in San Diego

3        County and its principal place of business is in San Diego County.

4                                              **PARTIES**

5    6.  Plaintiff is a natural person who resides in the City of Los Angeles, County of Los Angeles, State

6        of California.

7    7.  Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

8    8.  Defendant is a law firm in the State of California operating from an address at 4545 Murphy

9        Canyon Road, 3rd Floor, San Diego, CA 92123.

10   9.  Defendant is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

11                                       **FACTUAL ALLEGATIONS**

12   10. At all times relevant, Plaintiff was an individual who resided within the State of California.

13   11. Plaintiff is informed and believes, and thereon alleges, that at all times relevant, Defendant

14       conducted business in the State of California.

15   12. Sometime before September 20, 2003, Plaintiff allegedly incurred financial obligations that were

16       primarily for personal, family or household purposes and are therefore "debt(s)" as that term is

17       defined by 15 U.S.C. § 1692a(5), namely household and personal products through the use of a

18       Citibank South Dakota, N.A. credit card issued in the Plaintiff's name.

19   13. These financial obligations were primarily for personal, family or household purposes and are

20       therefore "debt(s)" as that term is defined by 15 U.S.C. §1692a(5).

21   14. Sometime thereafter, Plaintiff fell behind in the payments allegedly owed on the alleged debt.

22   15. Sometime thereafter, but before September 20, 2003, the alleged debt was assigned, placed or

23       otherwise transferred to Defendant for collection from the Plaintiff.

24   16. On or about September 20, 2003, Defendant sent, and Plaintiff received, a dunning letter

25       addressed to Plaintiffs' home and in the name of Defendant.  *(See attached Plaintiff's Exhibit 1.)*

26   17. This letter to Plaintiff, sent by the Defendant, was a "communication" as that term is defined by

27       15 U.S.C. §1692a(2), and an "initial communication" consistent with 15 U.S.C. §1692g(a).

28   //

1    //

2    18. On or about September 29, 2003, pursuant to 15 U.S.C. § 1692g(b), Plaintiff sent a letter to

3       Defendant stating that he disputed this debt, thereby creating a duty in Defendant to verify the

4       debt, in writing, within 30 days, and to cease all collection activity during that time. *(See*

5       *attached Plaintiff's Exhibit 2.)*

6    19. At no time between September 29, 2003 and November 10, 2003, or anytime thereafter, did

7       Defendant mail to Plaintiff a verification of the alleged debt as required by 15 U.S.C. § 1692g(b).

8    20. On or about November 10, 2003, Defendant filed a lawsuit in the Superior Court of California,

9       County of Los Angeles, Beverly Hills Judicial District, Case # 03C02419, against the Plaintiff

10      demanding payment from Plaintiff for this alleged debt.

11    21. This action violated 15 U.S.C. § 1692g(b), 1692e(2)(a), and 1692e(10).

12    22. On or about December 23, 2003, a representative of the Defendant, "Christopher," called the

13      Plaintiff at his home.

14    23. The Plaintiff advised the Defendant that he had requested a verification of the alleged debt as

15      required by 15 U.S.C. § 1692g(b) and that the Defendant was not supposed to contact him to

16      collect the alleged debt without first verify the alleged debt.

17    24. The Defendant stated that he was aware of the request for verification, but that the Defendant

18      was entitled to "one telephone call."

19    25. On or about January 15, 2004, Defendant sent, and Plaintiff received, a dunning letter addressed

20      to Plaintiffs' home and in the name of Defendant. *(See attached Plaintiff's Exhibit 3.)*

21    26. This action violated 15 U.S.C. § 1692g(b), 1692e(2)(a), and 1692e(10).

22                          TRIAL BY JURY

23    27. Plaintiff is entitled to and demands a trial by jury, pursuant to the 7th Amendment to the

24      Constitution of the United States of America.

25    //

26    //

27    //

28    //

1    //

2              <u>CAUSES OF ACTION CLAIMED AGAINST DEFENDANT</u>

3                              COUNT I.

4              VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

5                         15 U.S.C. §1692 et seq.

6    28. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully

7        stated herein.

8    29. The foregoing acts and omissions of this Defendant constitute numerous and multiple

9        violations of the FDCPA, including but not limited to each and every one of the above-cited

10       provisions of the FDCPA, 15 U.S.C. § 1692 et seq.

11   30. As a result of each and every Defendant's violations of the FDCPA, Plaintiff has suffered out-of-

12       pocket expenses and is therefore entitled to actual damages pursuant to 15 U.S.C. §

13       1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. §

14       1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3)

15       from Defendant.

16                              <u>PRAYER FOR RELIEF</u>

17   WHEREFORE, Plaintiff prays that judgment be entered against Defendant for:

18              *FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692 et seq.*

19   •  an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against

20      this Defendant;

21   •  an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. §

22      1692k(a)(3) against this Defendant.

23

24   Dated: _2/10/04_                           Respectfully submitted,

25                                              **Hyde & Swigart**

26

27

28                                             Joshua B. Swigart, Esq.
                                               Attorney for the Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION BY PLAINTIFF

STATE OF CALIFORNIA )
                    ) ss
COUNTY OF LOS ANGELES )

    I, Avery L. Earnest, having first been duly sworn and upon oath, deposes and says as follows:

1.  I am the Plaintiff in this civil proceeding.

2.  I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information, and belief formed after reasonable inquiry.

3.  I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

4.  I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5.  I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

_____
Avery L. Earnest

Subscribed and sworn to before me
this ⩶ day of January, 2004


JOSHUA BRANDEN SWIGART
Comm. # 1375160
NOTARY PUBLIC CALIFORNIA
San Diego County
My Comm Expires Sept 16, 2006

_____
Notary Public

LAW OFFICES OF

# PATENAUDE & FELIX, A.P.C.

### A PROFESSIONAL LAW CORPORATION

| [ X ]  4545 MURPHY CANYON RD, 3RD FL | [ ]  213 EAST MAIN STREET | [ X ] PLEASE REPLY TO OFFICE INDICATED |
|---|---|---|
| SAN DIEGO, CALIFORNIA 92123 | PITTSBURGH, PENNSYLVANIA 15106 | |
| TEL (858) 244-7600  (800) 832-7675 | TEL (412) 429-7675  (866) 772-7675 | |
| FAX (858) 836-0318 | FAX (412) 429-7679 | |

58678                                              09/20/03

AVERY EARNEST
8033 SUNSET BLVD
#860
WEST HOLLYWOOD, CA 90046-2401

> RE: Citibank South Dakota N.A.
> Balance Due:          $10,375.35
> Account Number:    5424180386745423
> Our File Number:    10007.009.7000

Dear AVERY EARNEST:

Please be advised that the above-referenced debt has been assigned to this firm to initiate collection efforts regarding your delinquent outstanding balance to our client.

In the event that legal action is pursued and judgment is ultimately obtained against you, the judgment may include all court costs, prejudgment interest and attorney's fees in addition to the principal amount currently owed.  If you wish to eliminate further legal action, please contact us at (619) 232-2124 or out of the 619 area code (800) 832-7675.

Unless you notify us within THIRTY (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within THIRTY (30) days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within THIRTY (30) days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Very Truly Yours,

Raymond A. Patenaude, ESQ.

> **PLAINTIFF'S EXHIBIT:**
>
> **1**
>
> **WEST COAST LITIGATION**

## THIS COMMUNICATION IS FROM A DEBT COLLECTOR

Consumer(s); Avery Earnest                                    29 September 2003
C/O 8033 Sunset Blvd. # 860
L.A. CA 90068


Debt Collector:
Patenaude and Felix A.P.C.
4545 Murphy Canyon Rd, 3rd floor
San Diego CA 92123


Attn.: Dispute Resolution Dept.
In the matter of: Account #
5424180386745423
Citibank alleged "Lender"
AVERY EARNEST Alleged "Consumer"


**Non-Negotiable Non-Transferable**
**NOTICE OF DISPUTE**

Dear Patenaude and Felix A.P.C.:

We are in receipt of your correspondence dated September 20th, 2003 regarding the
above described Credit Card Account number, demanding payment for an alleged debt,
which is hereby answered by AVERY EARNEST, alleged "Consumer", wherein
Consumer hereby serves notice and demand upon Patenaude and Felix A.P.C., "Debt
Collector" as hereunder setout.

**I. General Statement**

THIS NOTICE constitutes our Demand to Cease and Desist Collection Activities Prior to
Validation under oath (Verification) of Purported Debt.

Furthermore, this Notice confirms that your claim is disputed pursuant to 15 USC § 1692
*et seq.* Please verify under oath that this claim is valid, free from any claims and
defenses including but not limited to any breach of agreement, failure of consideration,
and material alteration of the original agreement. Additionally, that the alleged account
was transferred in good faith and by consent of all parties involved.

Page 1 of 1  USPO Certified mail Receipt Number; 00

PLAINTIFF'S EXHIBIT:
2
WEST COAST LITIGATION

"verification, n. 1. A formal declaration made in the presence of an authorized officer, such as a notary public, by which one swears to the truth of the statements in the document. ..." Black's Law Dictionary, 7th Edition (1999)

"It is established law that a verification is a sworn statement of the truth of the facts stated in the instrument which is verified." H.A.M.S. Company v. Electric Contractors of Alaska, Inc. (1977) 563 pacific Reporter 258, 260.

In addition you are hereby requested to produce the following documents:

1. A true and correct copy of the alleged signed agreement, front and back.
2. The name, address and title of the officer that retained you.
3. Proof of the alleged debt.
4. Proof of identification of the alleged creditor.
5. Proof of identification of the alleged debtor.
6. A true and correct copy of the contract or document where the Consumer willingly and knowingly affixed their authorized signature, making them liable for any alleged debt to your client.
7. A copy of your license to be a Collection Agency in the State of California A copy of your license to operate as a Collection Agency in the State of California.
8. A copy of the implementing regulation instructing you on your duties, obligations, authority, and limitations of authority.
9. A copy of the law giving you authority to use the U.S. Mails to make ethereal and unsubstantiated claims of amounts due you and your client.
10. The bond with account #, trustee of said account, and my right to sue said account for any violations to the California (State) Business and Commercial Code while you are attempting to operate a business in California (State).

Failure to provide every item 1-11 in the above documentation and verification in thirty (30) days will invalidate your presentment under the laws, statutes, and subsequent commercial codes of the State of California, and Federal law.

## II: Return of Presentment
### (UCC § 3-501 PRESENTMENT)

Consumer is returning your presentment pursuant to UCC § 3-501 pending delivery of the hereunder requested Adequate Assurance of Due Performance and validation of debts;

*(3) Without dishonoring the instrument, the party to whom presentment is made may (i) return the instrument for lack of a necessary indorsement, or (ii) refuse payment or acceptance for failure of the presentment to comply with the terms of the instrument, an agreement of the parties, or other applicable law or rule.*

## III: Other Applicable Statutes
## (Incorporated by Reference as Though Fully Setout

1. (15 USC 1692g § 809. Validation of debts) - **Demand For Validation of Debt**

2. (15 USC 1692g § 809. Validation of debts) - **Cessation of Collection Activity**

3. (Title 15 U.S.C. § 1681s-2) - **Cessation of Credit Reporting Activity**

## IV: Other General Provisions

You are Noticed that you are prohibited from contacting Consumer by telephone, in person, at the home or at work, and you are further prohibited from contacting the employer, bank, or any other third party. You may direct all of your correspondence to the undersigned attorney-in-fat at the address setout above.

All communications and omissions will be made a part of and incorporated into any litigation arising from this matter. Failure to verify and validate the debt within thirty (30) days from the date of receipt of this Notice by signing and returning the enclosed affidavit shall be deemed as your tacit admission that no further action will be taken and shall further be deemed as an absolute waiver of any right to collect the alleged debt.

In the event you are unable to verify and validate the debt and produce the other requisite information within thirty 30) days, you must request an extension of time in writing, otherwise the time limit of thirty 30) days shall be deemed reasonable and enforceable.

Your failure to comply with the herein demands will be used as evidence that your offer of performance and demand for payment has been falsely contrived to deprive complainant of money. Your presentment and demand for payment has been sent through the United States Post Office. Title 18 USC 1341 evidences "Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations…shall be fined under this title or imprisoned not more than five years, or both."

Any demands made subsequent to receipt of this notice, absent production of the requisite information, shall result in the filing of a formal complaint to the Federal Trade Commission, the office of the state's Attorney General, and a Mail Fraud Report will be submitted to the U.S. Postal Inspectors.

## Notice

*This is not a request for confirmation that you have a copy of an agreement or copies of statements. This is a demand for proof that you have the requisite knowledge of the facts, that you provide verification; and that the alleged creditor provided adequate consideration and incurred a financial loss under the full & complete original agreement.*

Notice to Agent/Principle Applies.

Respectfully,<br>
Signed without prejudice<br>
Consumer: AVERY EARNEST<br>
<br>
By _____

Encl.: Affidavit: Verification and Validation of Debt
        Copy of presentment/demand

Page 4 of 4  USPO Certified mail Receipt Number; 00

**Affidavit: Verification and Validation of Debt**

Pursuant to United States Code Title 15 § 1692, *et seq.*, the undersigned affiant, being duly sworn on oath, deposes and states that she/he is authorized to collect the alleged Citibank (hereinafter, "Lender") alleged 'Credit Card Account Number 5424180386745423 (hereinafter 'Loan") and has personal requisite knowledge of the facts related to the alleged loan and "alleged Promissory Note and Loan Agreement" (hereinafter "Agreement") to "AVERY EARNEST" alleged (hereinafter "Borrower"); to wit:

I, _____, hereby affirm and attest that;

1. The Lender's loan to Borrower followed Generally Accepted Accounting Principles ("GAAP") as required by law and as reflected in Lender's CPA audit reports;

2. The Lender used their money, money equivalent, credit or capital as adequate consideration to purchase the Agreement from Borrower;

3. The Lender, in funding the loan, did not accept, receive, or deposit any money, money equivalent, note, credit or capital from Borrower to fund a note, check, or similar instrument that was used to finance/fund the loan or charges on the Loan;

4. The Lender did not accept, receive or deposit any money, money equivalent, note, credit or capital from Borrower to fund the loan, check or similar instrument that was used to finance/fund the charges on the Loan;

5. The Lender incurred financial losses in the amount of $_____, wherefore the Lender was damaged and is hereby collecting a bona fide debt arising from services provided or goods sold to Borrower in the amount of $_____;

6. All material facts, terms and disclosures regarding the Loan were disclosed in the Agreement;

7. The lender is the Holder in Due Course of all agreements, which were taken for value, in good faith and without any notice of claims and defenses;

8. I have personal knowledge that the original Agreement was not altered or forged in any way.

By affixing my signature below, I hereby affirm, attest and declare, under penalty of perjury under the laws of the Sate of California that I have personal knowledge that this affidavit is true, correct and complete.

By_____     Dated:_____

_____
Printed Name and Title of the above signatory

STATE OF _____    )
                                     )    :ss
                                     )
COUNTY OF _____      )

Sworn and affirmed on this ___ day of _____, 2003, before me, the undersigned Notary Public in and for the State of _____, appeared the above signed Officer/Authorized Representative, ( ) personally known to me or ( ) proved to me on the basis of satisfactory evidence, to be the person whose signature appears in the within instrument and acknowledged to me that he executed it.

Witness my hand and official seal: /s/_____
                                                NOTARY PUBLIC

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

SAN DIEGO CA 92123

| | |
|---|---|
| Postage | $ $0.60 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.65 |

10/01/2003

Sent To  *Pat 2 Felix (5423) Dept 1st*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4   *Earnest*

PS Form 3800, June 2002                    See Reverse for Instructions

7002 3150 0004 9872 7023

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Patenaude & Felix A.P.C.*
*4545 Murphy Canyon Rd, 3rd Floor*
*San Diego, CA 92123*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *A. Saldivar*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
*A. SALDIVAR*   *10-2-03*

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type.
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   **7002 3150 0004 9872 7023**

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

LAW OFFICES OF

# PATENAUDE & FELIX, A.P.C.

### A PROFESSIONAL LAW CORPORATION

| | | |
|---|---|---|
| [ X ] 4545 MURPHY CANYON RD, 3RD FL<br>SAN DIEGO, CALIFORNIA 92123<br>TEL (858) 244-7600  (800) 832-7675<br>FAX (858) 836-0318 | [ ] 213 EAST MAIN STREET<br>PITTSBURGH, PENNSYLVANIA 15106<br>TEL (412) 429-7675  (866) 772-7675<br>FAX (412) 429-7679 | [ X ] PLEASE REPLY TO OFFICE INDICATED |

19411                                          01/15/04
**AVERY EARNEST**
**8033 SUNSET BLVD**
**#860**
**WEST HOLLYWOOD, CA 90046-2401**

RE:   Our Client:      Citibank South Dakota N.A.
      Balance Due:    $10,697.85
      Our File No.:   10007.009.7000
      Account No.:    5424180386745423

Dear AVERY EARNEST:

The purpose of this letter is to advise you of a recent limited settlement program that has been initiated by our client regarding your outstanding balance.

For a brief period, our client has authorized this office to discount a substantial portion of your obligation. Please call as soon as possible to get specific details. Upon receipt of the settlement proceeds, the account will be considered settled in full and no more sums will be due and payable.

Please contact our office immediately at our toll free number to advise of your intentions.  If you should have any further questions and/or comments, please do not hesitate to call.

Very truly yours,

LAW OFFICE OF PATENAUDE & FELIX

By: Ellen Zupp
Legal Assistant

**PLAINTIFF'S EXHIBIT:**
**3**
**WEST COAST LITIGATION**

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR**

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Avery L. Earnest | Patenaude & Felix, A.P.C. |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) | Los Angeles | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY) | San Diego |
|---|---|---|---|
| | | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED | |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Joshua B. Swigart, SBN: 225557<br>Hyde & Swigart<br>San Diego, CA 92101<br>(619) 233-7770<br>(619) 330-4657 fax | Unknown |

**FILED**

**MAR 1 2004**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

| II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY) | | III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only) | | | |
|---|---|---|---|---|---|
| | | | PT DEF | | PT DEF |
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) | Citizen of This State ☐ 1 ☐ 1 | Incorporated or Principal Place of Business in This State ☐ 4 ☐ 4 | | |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III | Citizen of Another State ☐ 2 ☐ 2 | Incorporated and Principal Place of Business in Another State ☐ 5 ☐ 5 | | |
| | | Citizen or Subject of a Foreign Country ☐ 3 ☐ 3 | Foreign Nation ☐ 6 ☐ 6 | | |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

15 U.S.C. 1692 et seq., (unfair debt collection practices).

'04 CV 0432 L (LSP)

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(x)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 555 Prisoner Conditions | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ 50,000.00 | Check YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY (See Instructions): | JUDGE | | Docket Number |
|---|---|---|---|
| DATE 2/10/04 | SIGNATURE OF ATTORNEY OF RECORD | | |

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)



*ORIGINAL*

101514  p#150